UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY BROCKERMAN,<br><br>Defendant. | Case: 1:25-mj-00072<br>Assigned To: Upadhyaya, Moxila A.<br>Assign Date: 04/30/2025<br>Description: COMPLAINT W/ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Timothy Palchak, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AFFIANT BACKGROUND**

1. I am a Senior Police Officer with the Metropolitan Police Department of the District of Columbia ("MPD") and am currently assigned to the Metropolitan Police Department–Federal Bureau of Investigation ("FBI") Child Exploitation and Human Trafficking Task Force ("CEHTTF"), where my duties include investigating the sexual exploitation of children and online offenses against children, including the production, transportation, receipt, distribution, and possession of child pornography. I am also currently assigned to the Northern Virginia Regional Internet Crimes Against Children Task Force ("ICAC").

2. I have been a member of MPD since 1994. In 2000, I was promoted to Detective Grade 2. In August 2021, after retiring from MPD, I returned as a sworn senior law enforcement officer. During my thirty-year tenure with MPD, I have been assigned to the Third District Patrol Operations and Prostitution Enforcement Unit and, since 2000, to the Youth Investigations Division. I have received training in numerous areas relating to child exploitation and have testified

as an expert witness in local and federal courts as it relates to child exploitation crimes. I have made numerous arrests and interviewed numerous victims, witnesses, and suspects.

3. I have participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations. In November of 2005, I received cross-designation training from Immigration and Customs Enforcement and the FBI and have participated in numerous online child exploitation investigations and undercover online investigations.

4. I have been personally involved in the investigation of this matter. I am familiar with the information contained in this Affidavit based on my participation in the investigation, my review of documents and other evidence, my conversations with other law enforcement officers, and my training and experience. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included the details of every aspect of the investigation. Where actions, conversations, and statements of others are related herein, they are related in substance and in part, except where otherwise indicated.

## **PROBABLE CAUSE**

5. Leading up to April 21, 2025, an FBI Washington Field Office TFO was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. The UC entered a public KIK[1] group that was known to the UC as a place where people meet to discuss and trade original images and videos children.

6. Upon entering the group, the UC introduced himself and stated that he was a "dad." A member of the group using the KIK display name "Dr.BrockJr" who was later identified as the

---

[1] KIK is a free instant messaging mobile application that allows users to communicate in a group or private chat. Users can send and receive video and image files.

defendant, **TIMOTHY BROCKERMAN** -- initiated a private chat with the UC. During the private chat, the defendant stated, "I am not a dad how old is your daughter?" The UC told the defendant that his purported daughter was 6 years old. The defendant stated that he had a sexual interest in incest, young, and beast.[2]

7. During the private chat with the UC, the defendant discussed the UC's purported daughter stating, "I would eat ur lil pussy make it good and wet then slid my cock in, opening ur up slow."

8. The UC told the defendant that he resides in Washington, D.C. and that he has shared custody of his purported daughter. The defendant stated that lives close to Herndon, Virginia.

9. The UC observed that the defendant's Kik profile image depicted a white male wearing glasses next to a white and black cat.

10. During the chat, the UC asked the defendant, "what's the youngest u played with?" and the defendant responded that, when he was a minor, he previously sexually abused a family member. The defendant also stated, "when I was 7 I fucked a neighbor boy in the ass, I think he was my age."

11. The UC sent the defendant an image of his purported daughter.[3] The defendant told the UC that he was interested in meeting the UC at his home for purposes of engaging in sexual activity with the UC's purported daughter. Referring to the purported child, the defendant stated, "I would fuck her with a rubber," and "damn I really want to unload deep as I can inside her."

---

[2] Your Affiant understands that "beast" is short for "bestiality," which means having a sexual interest in animals.
[3] The image sent by the UC did not depict a real child or sexual abuse material.

Later in the chat, the defendant stated, "no I mean the first time I come over I use a rubber, second time I creampie her lil pussy."

12. The defendant then discussed with the UC his plan to travel the District of Columbia in order have vaginal intercourse with the UC's purported 6-year-old daughter. During the conversation, the defendant inquired about parking and told the UC that he would be driving a Ford Ranger truck.

13. The defendant provided the UC with his mobile phone number and began texting the defendant on his mobile phone at cellular number 571-316-XXXX. During the text conversation, the defendant confirmed that he planned to travel from Virginia to the District of Columbia at approximately 11:00 a.m. on Tuesday, April 29, 2025, in order to have sexual intercourse with the UC's purported 6-year-old daughter. The defendant stated, "If I can be there earlier I will let uk… Like to have as much time as possible so she can ride my cock as long as she wants."

14. During the text conversation with the UC, the defendant sent the UC two photos of depicting his chest and stomach, which revealed a protruding hernia. The defendant stated to the UC, "I got a hernia, looks gross to me but it don't hurt so she don't have to worry."

15. On April 25, 2025, a subpoena was served on T-Mobile for the phone number that the defendant used to communicate with the UC (571-316-XXXX). T-Mobile provided the name "Timothy Brockerman" as the registered user of the account. A driver's license photo of Timothy Brockerman is resembles the profile photo used by the defendant on his "Dr.BrockJr" Kik account.

16. A search of law enforcement databases revealed that Brockerman currently resides at XXXXX Legacy Circle, Herndon, Virginia.

17. On April 29, 2025, the defendant traveled from his home in Virginia and met the UC at a pre-arranged location in the 500 block of H Street, N.W., in Washington, D.C., where he was placed under arrest.

18. Following his arrest, the defendant waived his *Miranda* rights and agreed to a voluntary custodial interview. During the interview, the defendant admitted that he traveled to the District of Columbia with the intent to having vaginal sex with the 6-year-old daughter of a man he had met on a social media application. The defendant further admitted that he had previously had sexual intercourse with minors on at least two occasions.

19. Based on the above information, your affiant respectfully submits that there is probable cause to believe that TIMOTHY BROCKERMAN violated Tile 18 United States Code section 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct) on or about April 29, 2025.

Respectfully Submitted,

_____
Timothy Palchak
Detective
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 on April 30, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE